1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                        AT TACOMA
10

11  UNITED STATES OF AMERICA ,
12                                              Case No.  CR92-1781B
                        Petitioner,
13
           v.
14                                              ORDER DENYING MOTION
    GREGORY PAIGE,                              FOR APPOINTMENT OF
15                                              COUNSEL
                        Respondent.
16

17      This matter comes before the court on petitioner's Request for Counsel (Dkt. 137).  The court has
18  considered the pleadings and the file herein.

19      On May 12, 1993, petitioner was sentenced in this court (Dkt. 52), and judgment was entered May
20  25, 1993 (Dkt. 67).  On May 16, 2005, defendant filed a Notice of Appeal of the judgment entered on May
21  25, 1993.  Dkt. 136.  Defendant has also filed a motion, requesting that the court appoint counsel to
22  represent him.  Dkt. 137.  Defendant is now proceeding *pro se.* *See* Dkt. 149.

23      Petitioner claims that the issues raised in his post conviction pleading have not previously been
24  presented to a court and that he believes these issues are meritorious.  Defendant also stated that he does
25  not have the funds to retain counsel to represent him.

26      18 U.S.C. 3006A(a) provides the court with authority to appoint counsel in certain instances.  In
27  this case, however, judgment was entered in this criminal case in 1993.  The time for appealing the
28  conviction has long since passed.  *See* RAP 4(b).  Appointment of counsel in this case is not warranted and

ORDER
Page - 1

plaintiff's Request for Counsel should be denied.

Therefore, it is hereby

**ORDERED** that petitioner's Request for Counsel (Dkt. 137) is **DENIED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 3rd day of June, 2005.

/s/ Robert J. Bryan
Robert J. Bryan
U.S. District Judge