UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY CLIFFORD PAIGE,

Defendant.

Case No. CR92-1781RJB

ORDER GRANTING MOTION TO APPOINT COUNSEL AND APPOINTING COUNSEL

This matter comes before the court on defendant's Motion for Appointment of Counsel. Dkt. 169. The court has considered the relevant documents and the remainder of the file herein.

On March 9, 2009, defendant filed a motion, requesting that the court appoint counsel to file a motion for modification of his sentence, based upon recently enacted legislation that may affect his sentence. Dkt. 169. It is not clear to the court that a motion for modification, as requested in plaintiff's motion, is warranted by the newly enacted legislation. Defendant's motion for appointment of counsel (Dkt. 169) is **GRANTED**. The Office of the Federal Public Defender is **APPOINTED** to represent defendant. The Federal Public Defender appointed to represent defendant is directed to file a notice of appearance, and may take action if appropriate.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address. The Clerk is further directed to send a copy of this order to the Office of the Federal Public Defender.

DATED this 11th day of March, 2009.

ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1